FILED
2016 Feb-18 AM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **VIVIAN DODD, an individual,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **PROTECTIVE INSURANCE CO.,** ) <br> ) <br> **Defendant.** ) | Case No.: 16-cv-215 |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Protective Insurance Company ("Protective"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 for the Northern District of Alabama, and makes the following disclosures:

1. Protective is an insurance company.

2. Protective is a wholly-owned subsidiary of Baldwin & Lyons, Inc. which is a publicly-held company.

/s/ Evan P. Baggett
Evan P. Baggett (asb-5568-v79b)
Attorney for Defendant,
Protective Insurance Company

{DOC# 00347348}

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
E-mail: ebaggett@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2016, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

D. Brett Turnbull, Esq.
**FARRIS, RILEY & PITT, LLP**
505 20th Street North, Suite 1700
Birmingham, Alabama 35203

                                             */s/ Evan P. Baggett*
                                             OF COUNSEL

{DOC# 00347348}